IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUAN C. MELENDEZ,
    Plaintiff,

vs.                                          Case No.: 5:14cv36/RS/EMT

CORIZON HEALTH CARE,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk.  Plaintiff initiated this action in the Middle District of Florida by filing a motion for preliminary injunction (doc. 1).  The action was subsequently transferred to this district (*see* docs. 2–4).  By order of this court dated February 24, 2014, Plaintiff was given thirty (30) days in which to file a civil rights complaint and to submit a complete application to proceed in forma pauperis or pay the filing fee (*see* doc. 6).  Plaintiff failed to pay the filing fee, file an application to proceed in forma pauperis, or file a complaint; therefore, on March 31, 2014, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 7).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the filing fee, file an application to proceed in forma pauperis, or file an amended complaint.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 7th day of May 2014.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**