IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUAN C. MELENDEZ,

      Plaintiff,

v.                                          CASE NO. 5:14-cv-36-RS-EMT

CORIZON HEALTH CARE,

      Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 8). There have been no objections filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of the Court.

3. The Clerk is directed to close this case.

**ORDERED** on June 5, 2014.

                                                  /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**